IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLEY JOHN BROUSSARD, JR, )<br>  )<br>         Plaintiff,  )<br>  )<br>   vs.  )<br>  )<br>MATTHEW CATE, et al.,  )<br>  )<br>         Defendants.  )<br>_____ ) | No. C 13-0149 LHK (PR)<br><br>ORDER OF TRANSFER |

Plaintiff, a state prisoner proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The acts of which Plaintiff complains occurred at Corcoran State Prison and High Desert State Prison, both of which are located in the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:   3/11/13

_____
LUCY H. KOH
United States District Judge

Order of Transfer
G:\PRO-SE\SJ.LHK\CR.13\Broussard149trans.wpd